> Dismissal with prejudice as to all defendants acknowledged [31].
>
> *Matthew P. Brookman*
> Matthew P. Brookman, Judge
> United States District Court
> Southern District of Indiana
>
> Dated: December 11, 2023

*Electronically Filed*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

(Marion County Superior Court, Cause No. 49D11-2212-CT-044634)

| | |
|---|---|
| ROBERT THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:23-cv-00236-MPB-TAB |
| | ) |
| GWENDOLYN ALLEN and | ) |
| OZARK MOTOR LINES, INC. | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(A)(1)(ii), Plaintiff Robert Thomas and Defendants Gwendolyn Allen and Ozark Motor Lines, Inc., by counsel, hereby stipulate to the dismissal of the entire action with prejudice and without costs tor attorneys' fees to either party as against the other.

**Dated: December 7, 2023**

*/s/ John D. Norman*         *(by Robert Jenkins with permission)*
John D. Norman, IN #34714-41
POYNTER & BUCHERI, LLC
4202 Madison Avenue
Indianapolis, IN 46227
Telephone: (317) 780-8000
john@pb-law.com
*Counsel for Plaintiff*

*/s/ Robert A. Jenkins*
Michael P. Casey, IN #19235-22
Robert A. Jenkins, KY #35750
CASEY BAILEY & MAINES, PLLC
3151 Beaumont Centre Circle, Suite 200
Lexington, KY 40513
Telephone: (859) 243-0228
mcasey@cbmlaw.net
rjenkins@cbmlaw.net
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing on this 7th day of December, 2023, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Robert A. Jenkins
ROBERT A. JENKINS